## IN THE UNITED STATES BANKRUPTCY COURT
### Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: | } |
| | }      Case No. 11-bk-54273 |
| Stephen Brody and Lucy Brody | } |
| | } |
| | }      Chapter 13 |
| | } |
| **Debtor(s)** | } |

### Notice of Change of Address

My Former Mailing Address was:

Name:        Stephen Brody and Lucy Brody

Street:        102 Tumbleweed Dr.

City, State, Zip: Effort, PA 18330

**Please be advised that effective May 18th, 2015
my new mailing address is:**

Name:        **Stephen Brody and Lucy Brody**

Street:        **410 E 3rd St.**

City, State ,Zip: **Bernville, PA 19506**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on May 18th, 2015 to the following:
**Trustee:**
Faye D. English
Chapter 13 Trustee
10 West Broad Street
Suite 900
Columbus, OH 43215-3449
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Stephen Brody and Lucy Brody
410 E 3rd St.
Bernville, PA 19506                          Respectfully Submitted,

                                             /s/ Erin E. Schrader
                                             Erin E. Schrader (0078078)
                                             Rauser & Associates
                                             5 East Long St., Suite 300
                                             Columbus, OH 43215
                                             (614) 228-4480